UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SAYLE, | No. 2:15-cv-01667-MCE-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| CALAVERAS COUNTY, | |
| Defendant. | |

This is a civil rights action brought pursuant to 42 U.S.C. § 1983.  Although Plaintiff David Sayle has not yet served Defendant Calaveras County (the only named Defendant), Plaintiff has filed the pending Motion for Expedited Discovery.  ECF No. 4.  Plaintiff specifically requests that the Court authorize expedited discovery "and enter an order, to be served on the named Defendants with Plaintiff's Complaint," that directs Defendant to provide the names and addresses of other potential defendants.  Id. at 2.

Plaintiff's Motion does not cite any case, Federal Rule of Civil Procedure, or Local Rule that would authorize such an order.  To the extent that Plaintiff seeks to perpetuate testimony pursuant to Federal Rule of Civil Procedure 27,[1] Plaintiff has not complied with

///

---

[1] But see In re Petition by Ingenuity 13 LLC, No. 2:11-mc-0084 JAM DAD, 2012 WL 968080, at *5 (E.D. Cal. Mar. 21, 2012) ("It is well-established that Rule 27 is not a vehicle for pre-suit discovery.").

the requirements of that Rule.  Accordingly, Plaintiff's Motion for Expedited Discovery is DENIED.

IT IS SO ORDERED.

Dated:  November 16, 2015

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT