**ANDREW T. CAULFIELD, SBN 238300**
**RICHARD H. CAULFIELD, SBN 50258**
**FRANKLIN G. GUMPERT, SBN 66051**
**CAULFIELD LAW FIRM**
**1101 Investment Blvd., Suite 120**
**El Dorado Hills, CA 95762**
**Telephone: (916) 933-3200**
**Facsimile:  (916) 605-4075**
**andrew@caulfieldlawfirm.com**

**Attorneys for Defendant Calaveras County**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| DAVID SAYLE, | Case No. 2:15-cv-01667-MCE-KJN |
| Plaintiff, | ***AMENDED* STIPULATION AND [RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER THEREON** |
| v. | **[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |
| CALAVERAS COUNTY, and DOES 1- 30, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Defendant CALAVERAS COUNTY and Plaintiff DAVID SAYLE, by and through their attorneys of record, hereby stipulate to the immediate dismissal with prejudice of all claims and causes of action asserted in this action, terminating this action in its entirety.  Each side will bear his/its/their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: January 19, 2016                    LALLY LAW

By: ___/s/ J. Robert Lally_____
J. Robert Lally
Attorneys for Plaintiff David Sayle

1

1   Dated: January 19, 2016                           CAULFIELD LAW FIRM

2

3                                                       By: ___/s/ Andrew T. Caulfield_____

4                                                           Andrew T. Caulfield
                                                            Attorneys for Defendant Calaveras County
5

6                                                    **ORDER**

7
            In accordance with the parties' stipulation, and good cause appearing, this case is dismissed,
8
    with prejudice.  The matter having been concluded in its entirety, the Clerk of Court
9
    is directed to close the file.
10

11          **IT IS SO ORDERED.**

12   Dated:  January 21, 2016

13

14                                                  _____

15                                                  MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                                    UNITED STATES DISTRICT COURT
16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order re Dismissal                                Case No. 2:15:cv-01667-MCE-KJN